WES
LITIGATION GROUP LLC

**MEMO ENDORSED**

WILL SYLIANTENG, ESQ.
196 W. Ashland Street
Doylestown, PA 18901
Phone: 267-884-0725 x 101
Fax: 267-884-0726
E-Mail: wes@weslitigation.com
www.weslitigation.com

Date: September 8, 2026

**Hon. Gary Stein**
**US Magistrate Judge**
**Southern District of NY**

**RE: 1:26-cv-05544-VSB-GS (USLI vs. Lennards, et al.)**

Dear Judge Stein:

I represent the Plaintiff United States Liability Insurance in the above captioned matter. This case is scheduled for an Initial Conference for September 16, 2026, at 10 am. Unfortunately, I have been informed that the Virginia Supreme Court has scheduled me for an in-person swearing in ceremony[1] on the 16th in Richmond, VA. As that Court requires a formal in person swearing in ceremony and the next ceremony may not occur for several months, I request the Court's indulgence and request an adjournment of the initial conference in this case, so that I may attend the swearing in.

I have contacted counsel for the defendants, and he does not oppose this request.

I apologize for the inconvenience this may cause the Court.

Sincerely,

/s/ *Will Sylianteng*

Will Sylianteng
Managing Member

Application granted. The Court congratulates counsel on his new admission. The Initial Case Management Conference scheduled for September 16, 2026 is adjourned to Tuesday, September 22, 2026 at 1:00 p.m. The parties are directed to join the conference through the instructions at Docket Number 13. SO ORDERED.

Date: September 9, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

[1] Granted admission via motion